# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AARON JAMES BURLEY, an individual,  )
                                    )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )
OPENLOOP HEALTHCARE PARTNERS, PC, a )
foreign corporation, USSAA FEDERAL SAVINGS )
BANK, a corporation licensed in Nevada, DOES I-X, )
and ROES I-X                        )
                    Defendant.      )
                                    )

Case # 2:25-cv-01291 _____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Avery Brooks Bennett_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Faegre Drinker Biddle & Reath LLP_____
(firm name)

with offices at _____2200 Wells Fargo Center, 90 S. 7th Street_____,
(street address)

_____Minneapolis_____, _____Minnesota_____ _____55402_____
(city)            (state)        (zip code)

_____(612) 766-1643_____    _____avery.bennett@faegredrinker.com_____
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____OpenLoop Healthcare Partners, P.C._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since       03/06/2023      , Petitioner has been and presently is a

                    (date)

member in good standing of the bar of the highest Court of the State of      Minnesota

                                                                       (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Minnesota | 10/11/2023 | Not Tracked |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

1    6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give

2    particulars if ever denied admission):

3    None.

4

5

6    7.    That Petitioner is a member of good standing in the following Bar Associations.

7    Petitioner is a member in good standing of the bar of the State of Minnesota.

8

9

10    8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11    (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

12

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19    (If necessary, please attach a statement of additional applications)

20    9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21    State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22    extent as a member of the State Bar of Nevada.

23    10.    Petitioner agrees to comply with the standards of professional conduct required of

24    the  members of the bar of this court.

25    11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26    practice in this jurisdiction and that the client has consented to such representation.

27

28       Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _Avery Bennett_
                                                     Petitioner's signature
   STATE OF: _Minnesota_                    )
5                                            )
   COUNTY OF: _Hennepin_                     )
6

7    _Avery Brooks Bennett_, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                    _Avery Bennett_
                                                     Petitioner's signature
10  Subscribed and sworn to before me this

11  _24th_ day of _July_, _2025_.

12

13  _____
14            Notary Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate   _Adam Hosmer-Henner_,
19                                                                              (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action.  The address and email address of
21
    said designated Nevada counsel is:
22

23                        100 West Liberty Street, 10th Floor
                                 (street address)
24
            Reno                        ,        Nevada        ,      89501
25          (city)                              (state)              (zip code)

26      775-788-2000           ,    ahosmerhenner@mcdonaldcarano.com
      (area code + telephone number)         (Email address)
27

28                                  4                           Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Adam Hosmer-Henner _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

Signed by:

*kate lyon*
A1A9E069ECAB4F6...
(party's signature)

OpenLoop Healthcare Partners, P.C., General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12779                    ahosmerhenner@mcdonaldcarano.com
Bar number               Email address

APPROVED:

Dated: this ___23___ day of ___September___, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

Avery Brooks Bennett

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

March 6, 2023

Given under my hand and seal of this court on

June 06, 2025



Emily J. Eschweiler, Director
Office of Lawyer Registration