# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AARON JAMES BURLEY, an individual,

Plaintiff,

vs.

OPENLOOP HEALTHCARE PARTNERS, PC, a foreign corporation, USSAA FEDERAL SAVINGS BANK, a corporation licensed in Nevada, DOES I-X, and ROES I-X

Defendant.

Case # 2:25-cv-01291

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

Samantha M. Rollins Murphy, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Faegre Drinker Biddle & Reath LLP
(firm name)

with offices at 2200 Wells Fargo Center, 90 S. 7th Street
(street address)

Minneapolis , Minnesota , 55402
(city)        (state)        (zip code)

(612) 766-8146 , samantha.murphy@faegredrinker.com
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Openloop Healthcare Partners, P.C. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since \_\_\_\_2019\_\_\_\_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of \_\_\_Minnesota\_\_\_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the Southern District of Iowa | October 9, 2013 | Not Tracked |
| U.S. District Court for the Northern District of Iowa | October 8, 2013 | Not Tracked |
| U.S. Court of Appeals for the Fifth Circuit<br>U.S. Court of Appeals for the Seventh Circuit | 2024; 2017 | Not Tracked<br>Not Tracked |
| U.S. District Court for the Central District of Illinois | March 9, 2023 | Not Tracked |
| U.S. District Court for the District of Minnesota | May 31, 2022 | Not Tracked |
| U.S. District Court for the Eastern District of Wisconsin | June 29, 2017 | Not Tracked |
| U.S. Court of Appeals for the Eighth Circuit<br>U.S. Court of Appeals for the Ninth Circuit | October 7, 2013; 2018 | Not Tracked<br>Not Tracked |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Petitioner is a member in good standing of the bar of the State of Iowa and the State of Minnesota.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF: Minnesota )
                    )
COUNTY OF: Hennepin )

Samantha Rollins Murphy Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

24th day of July, 2025.

_____
Notary Public or Clerk of Court

[Notary Seal: Susan A. Velk, Notary Public, Minnesota]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Adam Hosmer-Henner__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

100 West Liberty Street, 10th Floor
(street address)

Reno , Nevada , 89501
(city)     (state)    (zip code)

775-788-2000 , ahosmerhenner@mcdonaldcarano.com
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Adam Hosmer-Henner_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Kate Lyon_
(party's signature)
OpenLoop Healthcare Partners, P.C., General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12779                    ahosmerhenner@mcdonaldcarano.com
Bar number               Email address

APPROVED:

Dated: this __23__ day of __September__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5                                                                    Rev. 5/16

# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

SAMANTHA MELANIE ROLLINS MURPHY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 14, 2019

Given under my hand and seal of this court on

June 09, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration



# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that Samantha M. Rollins Murphy was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on September 30, 2013, and at the present time she is in good standing at the bar in this Court.  *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 11th day of September, 2025.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

---

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319