Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

Samantha M. Rollins Murphy (*pro hac vice*)
Avery B. Bennett (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
samantha.murphy@faegredrinker.com
avery.bennett@faegredrinker.com

*Attorneys for Defendant OpenLoop Healthcare Partners, P.C.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON JAMES BURLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPENLOOP HEALTHCARE PARTNERS, PC, a foreign corporation, USAA FEDERAL SAVINGS BANK, a corporation licensed in Nevada, DOES I-X, and ROES I-X,<br><br>Defendants. | Case No.:   2:25-cv-01291-MDC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Aaron James Burley ("Burley") and Defendant OpenLoop Healthcare Partners, PC ("OpenLoop") hereby stipulate to a dismissal of all of Burley's claims against OpenLoop in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

///

///

///

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

DATED this 23rd day of February, 2026.

McDONALD CARANO LLP

By: /s/ Samantha M. Rollins Murphy

Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
100 West Liberty Street, 10th Floor
Reno, NV 89501
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

Samantha M. Rollins Murphy (*pro hac vice*)
Avery B. Bennett (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
samantha.murphy@faegredrinker.com
avery.bennett@faegredrinker.com

*Attorneys for Defendant OpenLoop Healthcare Partners, P.C.*

By:/s/ Reagan A. Weber

Reagan A. Weber (NSBN 16151)
10300 W. Charleston Blvd., Suite 13-349
Las Vegas, Nevada 89135
reaganweber@gmail.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: _____February 24, 2026._____

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

DMS_US.375865993.1 - 2/23/2026 12:03:12 PM