JESSICA M. LUJAN, ESQ.
Nevada Bar No.: 14913
Email: jlujan@spencerfane.com
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401

*Attorney for Defendant*
*USAA Federal Savings Bank*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AARON JAMES BURLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPENLOOP HEALTHCARE PARTNERS, PC, a foreign corporation, USAA FEDERAL SAVINGS BANK, a corporation licensed in Nevada, DOES I-X, and ROES I-X,<br><br>Defendants. | Civil Action No. 2:25-cv-01291-RFB-MDC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Aaron James Burley ("Plaintiff") and Defendant USAA Federal Savings Bank ("USAA FSB"), by and through their undersigned counsel of record, hereby stipulate that the above-captioned matter be dismissed with prejudice, with Plaintiff and USAA FSB each to bear their own attorneys' fees and costs. Defendant OpenLoop Healthcare Partners, PC has already been dismissed through prior stipulation with Plaintiff. Thus, this stipulation represents the remaining parties who have appeared in this action.

/ / /

/ / /

IT IS SO STIPULATED.

Dated this 18th day of August.

**REAGAN A. WEBER, ATTORNEY AT LAW LLC**

*/s/ Reagan A. Weber*
Reagan A. Weber (NSBN 16151)
10300 W. Charleston Blvd., Suite 13-349
Las Vegas, Nevada 89135
reaganweber@gmail.com

*Attorney for Plaintiff*

Dated this 18th day of August.

**SPENCER FANE, LLP**

*/s/ Jessica M. Lujan*
Jessica Lujan (NSBN 14913)
300 S. Fourth St., Ste. 1600
Las Vegas, Nevada 89101
jlujan@spencerfane.com

*Attorney for Defendant USAA Federal Savings Bank*

**ORDER**

The Court, having reviewed the above stipulation, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation is GRANTED.

IT IS FURTHER ORDERED that this case is dismissed in its entirety, and the claims asserted by Plaintiff against USAA FSB are dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: August 19, 2026.